UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAURICE PEREZ, ET AL                      CIVIL ACTION

VERSUS                                    NO: 07-6754

ALLSTATE INSURANCE COMPANY                SECTION: "J"

**ORDER**

Before the Court is Plaintiffs and Defendant's **Joint Motion to Withdraw Notice of Removal and Joint Motion to Remand (Rec. Doc. 9)**. Plaintiffs now stipulate that their claims do not exceed $75,000, exclusive of interest and costs. This stipulation forecloses a recovery of more than $75,000 and clarifies that the jurisdictional amount has never been at issue in this case. Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendant's joint motion is **GRANTED**; the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana this 27th day of November, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE